No. 702. AINTREE CORPORATION *v.* NATIONAL LABOR RELATIONS BOARD. March 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh

Circuit denied. *Mr. Hyman G. Stein* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Robert B. Watts, Ernest A. Gross,* and *Owsley Vose,* and *Miss Ruth Weyand* for respondent.